UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAM DONTE GRAY,

    Plaintiff,

vs.

J. L. WALKER (WARDEN),

    Defendant.

CV 08 2259 WHA (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, __SAM DONTE GRAY__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No XX

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____   - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____
4  _____
5  _____
6  2.     Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8        a.    Business, Profession or              Yes ____ No XX
9              self employment
10       b.    Income from stocks, bonds,           Yes ____ No XX
11             or royalties?
12       c.    Rent payments?                       Yes ____ No XX
13       d.    Pensions, annuities, or              Yes ____ No XX
14             life insurance payments?
15       e.    Federal or State welfare payments,   Yes ____ No XX
16             Social Security or other govern-
17             ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.    Are you married?                          Yes ____ No XX
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.    a.    List amount you contribute to your spouse's support : $ _____
28        b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____N/A_____

_____

5.   Do you own or are you buying a home?         Yes ____ No _XX_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?                    Yes ____ No _XX_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account? Yes ____ No _XX_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash? Yes ____ No _XX_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _XX_

_____

8.   What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 3 -

1                                     N/A

2

3   10.   Does the complaint which you are seeking to file raise claims that have been presented in

4 other lawsuits?                                    Yes ___ No xx

5 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6 they were filed.

7

8

9       I consent to prison officials withdrawing from my trust account and paying to the court the

10 initial partial filing fee and all installment payments required by the court.

11       I declare under the penalty of perjury that the foregoing is true and correct and understand

12 that a false statement herein may result in the dismissal of my claims.

13

14   4/22/08                                   Sant Donte Gray

15    DATE                                   SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

PR'  ·PPLIC. TO PROC. IN FORMA

   Case No._____           - 4 -