FILED
08 MAY 29 PM 2:24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CV 08 2259

Sam Donte Gray, Plaintiff,

vs.

J.L. Walker (Warden), Defendant.

CASE NO. _____

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

WHA (PR)

I, Sam Donte Gray, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1 If the answer is "no," state the date of last employment and the amount of the gross and net
2 salary and wages per month which you received. (If you are imprisoned, specify the last
3 place of employment prior to imprisonment.)
4 _____EDucation_____
5 _____
6 _____
7 2. Have you received, within the past twelve (12) months, any money from any of the
8 following sources:
9    a.   Business, Profession or                Yes ___ No ✗
10        self employment
11   b.   Income from stocks, bonds,             Yes ___ No ✓
12        or royalties?
13   c.   Rent payments?                         Yes ___ No ✓
14   d.   Pensions, annuities, or                Yes ___ No ✓
15        life insurance payments?
16   e.   Federal or State welfare payments,     Yes ___ No ✓
17        Social Security or other govern-
18        ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?                          Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5      _____
6      _____
7  5.  Do you own or are you buying a home?          Yes ____  No ✓
8  Estimated Market Value: $_____  Amount of Mortgage: $_____
9  6.  Do you own an automobile?                     Yes ____  No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.  Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ____ No ✓ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No ✓
20 _____
21 8.  What are your monthly expenses?
22 Rent: $_____            Utilities: _____
23 Food: $_____            Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment         Total Owed on This Acct.
26 _____             $_____             $_____
27 _____             $_____             $_____
28 _____             $_____             $_____

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  ___Restitution / To whom unknown___
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ✓  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  ___SEE WRIT___
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  5-20/08                          Sam Donte Gray
17    DATE                        SIGNATURE OF APPLICANT

1
2                                                          Case Number: _____
3
4
5
6
7
8                                   **CERTIFICATE OF FUNDS**
9                                              **IN**
10                                  **PRISONER'S ACCOUNT**
11
12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _Sam Gray_ for the last six months
                                              [prisoner name]
14   _Folson State Prison_ where (s)he is confined.
           [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _-10.00_ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ _-10.00_ .
18
19   Dated: _5/22/08_                              _J. Sanchez_
                                                   [Authorized officer of the institution]
20
21
22          ( See attached trust account
23            balance sheet )
24
25
26
27
28

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                      ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT NUMBER:   V59334
   ACCOUNT NAME:  GRAY, SAM  DONTE
   ACCOUNT TYPE:  I
CURRENT BALANCE:        20.97
   HOLD BALANCE:         0.00
 ENCUM. BALANCE:         0.00
      AVAILABLE:        20.97
PRIVILEGE GROUP:  A
   LAST CANTEEN:  05/20/2008
---------------------------- ACCOUNT TRANSACTIONS ----------------------TS210CA
  DATE    TRAN   AMOUNT       DESCRIPTION      CHECK NUM     COMMENT    BALANCE
--------  ----  ----------  ----------------  -----------  -----------  -------
01/04/08  VD54       4.94   INMATE PAYROLL-                 701847/DEC     4.94
02/04/08  VD54       2.84   INMATE PAYROLL-                 702198/JAN     7.78
02/04/08  VD54       7.02   INMATE PAYROLL-                 702198/JAN    14.80
02/20/08  W415       5.00   CASH WITHDRAWAL   205-044383    702398C/WD     9.80


PAGE#    2 OF    2 PAGES
```

```
 TS210B            CALIFORNIA DEPARTMENT OF CORRECTIONS
                       ITAS TRUST ACCOUNT DISPLAY

---------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  V59334
   ACCOUNT NAME:  GRAY, SAM   DONTE
   ACCOUNT TYPE:  I
CURRENT BALANCE:      20.97
   HOLD BALANCE:       0.00
 ENCUM. BALANCE:       0.00
      AVAILABLE:      20.97
PRIVILEGE GROUP:  A
   LAST CANTEEN:  05/20/2008
-------------------------- ACCOUNT TRANSACTIONS ------------------------TS210CA
   DATE   TRAN   AMOUNT     DESCRIPTION      CHECK NUM    COMMENT       BALANCE
 --------  ----  --------  ---------------   ---------  -----------   ----------
 03/04/08  VD54      2.74  INMATE PAYROLL-              702526/FEB         12.54
 04/03/08  VD54      8.13  INMATE PAYROLL-              702926/MAR         20.67
 04/15/08  FC03     20.67  DRAW-FAC 3                   703052CFAC          0.00
 05/02/08  VD54     10.70  INMATE PAYROLL-              703271/APR         10.70
 05/20/08  FR01     20.67- CANTEEN RETURN               703466             31.37
 05/20/08  FC03     10.40  DRAW-FAC 3                   703477CFAC         20.97
 PAGE#    1 OF    2 PAGES
```