1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5703
    Fax:  (415) 703-1234
8   Email:  Michele.Swanson@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAM DONTE GRAY,** | C 08-2259 WHA (PR) |
| Petitioner, | **MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **J.L. WALKER, Warden,** | |
| Respondent. | |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day extension of time, until October 3, 2008, in which to file a response to the petition for writ of habeas corpus.  Good cause for the extension is set forth in the accompanying declaration of counsel.  We have not attempted to contact petitioner about this extension of time because he is an incarcerated state prisoner who is representing himself.

WHEREFORE, respondent respectfully requests that this Court grant an extension of time to and including October 3, 2008, in which to file an answer or other responsive pleading.

///

///

Motion to Enlarge Time to File Response to Pet. for Writ of Hab. Corpus             Gray v. Walker, Warden
                                                                                     C 08-2259 WHA (PR)

1

1  Dated: August 4, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5  GERALD A. ENGLER
   Senior Assistant Attorney General

6  PEGGY S. RUFFRA
   Supervising Deputy Attorney General

10  /s/ Michele J. Swanson
    MICHELE J. SWANSON
    Deputy Attorney General
11  Attorneys for Respondent

13  20129915.wpd
14  SF2008200045

Motion to Enlarge Time to File Response to Pet. for Writ of Hab. Corpus    Gray v. Walker, Warden
                                                                            C 08-2259 WHA (PR)
2

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5703
    Fax:  (415) 703-1234
8   Email:  Michele.Swanson@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAM DONTE GRAY,**<br><br>Petitioner,<br><br>v.<br><br>**J.L. WALKER, Warden,**<br><br>Respondent. | C 08-2259 WHA (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

I, MICHELE J. SWANSON, declare under penalty of perjury as follows:

I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this case.  Respondent's answer or other responsive pleading is due August 4, 2008, pursuant to this Court's June 3, 2008 Order to Show Cause.  I am unable to meet this deadline, and request an enlargement of time to file a response to the petition for writ of habeas corpus for the following reasons.

I was not the attorney who briefed this case on direct review in state court.  Since having this case assigned to me, I have been working on cases with chronological precedence, and in the past 30 days, I have filed answers in *Wash v. Runnels*, C 04-04207 JW and *Haney v.*

1 *Adams*, C 07-4682 CRB (PR), a motion to dismiss in *Givens v. Martel*, C 07-1448 MHP (PR),
2 and reply briefs in *Parnell v. Evans*, C 05-4324 SBA (PR), Weisner v. Evans, C 07-5509 SI
3 (PR), and *Grecu v. Evans*, C 07-0780 JF (PR).  For these reasons, I am unable to file the
4 response in this case by the current deadline.
5     I have not attempted to contact petitioner about this extension of time because he is an
6 incarcerated state prisoner who is representing himself.
7     Accordingly, I request that the Court grant respondent an extension of 60 days, to and
8 including October 3, 2008, in which to file a response to the petition.
9     I declare under penalty of perjury that the foregoing is true and correct.
10     Executed at San Francisco, California, on August 4, 2008.
11
12     /s/ Michele J. Swanson
    MICHELE J. SWANSON
13     Deputy Attorney General
14
15
16 20129927.wpd
17 SF2008200045
18
19
20
21
22
23
24
25
26
27
28

Decl. of Counsel in Support of Mot. to Enlarge Time to File Response to      Gray v. Walker, Warden
Pet. for Writ of Hab. Corpus      C 08-2259 WHA (PR)

2

1
2
3
4
5
6
7
8    IN THE UNITED STATES DISTRICT COURT
9    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10   SAN FRANCISCO DIVISION

11   **SAM DONTE GRAY,**                              C 08-2259 WHA (PR)
12                              Petitioner,           **[PROPOSED] ORDER**
13            v.
14   **J.L. WALKER, Warden,**
15                              Respondent.
16
17            GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with the
18   Court and serve on petitioner, on or before **October 3, 2008**, an answer or other response to the
19   petition for writ of habeas corpus.
20            IT IS SO ORDERED.
21
22   Dated: _____            _____
                                                The Honorable William Alsup
23
24
25
26
27
28

[Proposed] Order                                              Gray v. Walker, Warden
                                                              Case No. C 08-2259 WHA (PR)

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Gray v. Walker, Warden**

No.:    **C 08-2259 WHA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>August 4, 2008</u>, I served the attached

**MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Sam Donte Gray
V-59334 / FC-6-206
Sacramento State Prison
P.O. Box 290066
Represa, CA 95671

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 4, 2008, at San Francisco, California.

| S. Agustin | /s/ S. Agustin |
|---|---|
| Declarant | Signature |

20129938.wpd