FILED
SEP 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHAMBERS COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAM DONTE GRAY,<br><br>                            Petitioner,<br><br>v.<br><br>J.L. WALKER, Warden,<br><br>                           Respondent. | C 08-2259 WHA (PR)<br><br>[PROPOSED] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with the Court and serve on petitioner, on or before **October 3, 2008**, an answer or other response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: _____    _____
                                    The Honorable William Alsup